**STATE of Missouri, Respondent,**

v.

**Robert E. MUFF, Appellant.**

**No. WD 44432.**

Missouri Court of Appeals,
Western District.

Dec. 17, 1991.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and HANNA, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of stealing over $150.00. § 570.030, RSMo 1986.

Affirmed. Rule 30.25(b).